# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DONALD HAVENS                                                                                   PLAINTIFF

V.                                           NO: 3:15CV00334 JM/PSH

HARRISBURG SHERIFF DEPARTMENT                                              DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. However, Plaintiff has filed a request for court costs and attorney fees. At this time, Plaintiff is not entitled to any fees or costs because he is not a prevailing party. Further, Plaintiff is appearing pro se, without an attorney, and minimal, if any, costs have been incurred.

After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.    The Clerk of the Court is directed to stay and administratively terminate this proceeding pending final disposition of plaintiff's state action.

2.    This case is subject to reopening upon plaintiff's filing of a motion to reopen the case after such final disposition.

3.    Plaintiff's request for attorney fees and court costs is denied.

DATED this 18th day of November, 2015.

UNITED STATES DISTRICT JUDGE